**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN LOFTON,** | **Case No.: 13-CV-3293 YGR** |
| **Plaintiff,** | **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| **COLLECTO, INC.,** | |
| **Defendant.** | |

On December 10, 2013, Plaintiff John Lofton filed an administrative motion to consider whether the following two cases are related: (1) *Lofton v. Collecto, Inc.*, No. 13-cv-3293 YGR, and (2) *Lofton v. Verizon Wireless*, No. 13-cv-5665 NC. (Dkt. No. 22.) No party has opposed the motion. The motion being unopposed, and for good cause shown, the Court hereby determines pursuant to Civil Local Rule 3-12 that the cases are related. Accordingly, the motion is **GRANTED**.

The Clerk is hereby directed to relate Case No. 13-cv-5665 to Case No. 13-cv-3293. The parties are advised that both cases shall now bear the initials "YGR" after the case number.

This Order terminates Docket No. 22.

**IT IS SO ORDERED**.

Date: December 19, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**