UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Collecto, Inc. Telephone Consumer Protection Act (TCPA) Litigation | Master MDL No. 14-md-2513-RGS<br><br>Case no. 1:14-cv-10478-RGS<br><br>This Document Relates To:<br>  All Member Actions |

## JOINT MOTION TO ADJUST DEADLINES

Pursuant to this Court's orders, the parties currently have the following deadlines which were set in Case No. 1:14-cv-10478 with the Court's electronic order (Dkt. No. 47) [1]:

| | |
|---|---|
| Plaintiffs' expert(s)' reports (Fed.R.Civ.Proc. 26(a)(2) are due, relating to the defendant's liability under the TCPA. | June 30, 2015 |
| Defendant's expert(s)'s reports (Fed.R.Civ.Proc. 26(a)(2) are due, relating to the defendant's liability under the TCPA. | August 11, 2015 |
| Deadline for Deposition of Plaintiffs' experts related to liability under the TCPA | July 20, 2015 |
| Deadline for Deposition of Defendants' experts related to liability under the TCPA. | August 24, 2015 |
| Deadline for Defendant's motion for summary judgment. | August 31, 2015 |
| Plaintiffs will file opposition to motion for summary judgment. | September 21, 2015. |
| Defendant file reply re: motion for summary judgment. | September 28, 2015. |
| Deadlines for class discovery, experts' reports re class certification, and class certification. | To be set once the court rules on Defendant's motion for summary judgment. |

---

[1]    The Court instructed the parties to file all documents for this MDL in both the 14-md-2513 docket as well as the member case 14-cv-10478. The dates in this table are reflected in the docket for member case 14-cv-10478 but do not appear to be reflected in the docket for 14-md-2513. So, to the extent necessary, the parties request that Case No. 14-md-2513 be updated to reflect these dates. The two cases are the same and Case No. 14-cv-10478 is a member case of the MDL which is designated Case No. 14-md-2513.

1

By this motion, the parties jointly seek permission to adjust the discovery related dates above, but not the dates by which they will file the motion for summary judgment, opposition or reply brief.  This motion is made to accommodate the scheduling of the depositions of two executives at Collecto which are now set for June 24 and 25, as well as to allow the parties sufficient time after the depositions to prepare expert reports and then depose the experts.

In light of the above, Lead Counsel for Plaintiffs and for Defendant Collecto move to the Court extend the discovery related deadlines, as follows:

| Plaintiffs' expert(s)' reports (Fed.R.Civ.Proc. 26(a)(2) are due, relating to the defendant's liability under the TCPA. | July 10, 2015 |
| --- | --- |
| Defendant's expert(s)'s reports (Fed.R.Civ.Proc. 26(a)(2) are due, relating to the defendant's liability under the TCPA. | July 31, 2015 |
| Deadline for Deposition of Plaintiffs' experts related to liability under the TCPA | August 15, 2015 |
| Deadline for Deposition of Defendants' experts related to liability under the TCPA. | August 15, 2015 |

Further, to the extent necessary to synchronize Case No. 14-cv-10478 and Case No. 14-md-2513, the parties request that the docket schedules in both cases be updated to reflect the following dates previously set in member case 14-cv-10478:

| Deadline for Defendant's motion for summary judgment. | August 31, 2015 |
| --- | --- |
| Plaintiffs will file opposition to motion for summary judgment. | September 21, 2015. |
| Defendant file reply re: motion for summary judgment. | September 28, 2015. |
| Deadlines for class discovery, experts' reports re class certification, and class certification. | To be set once the court rules on Defendant's motion for summary judgment. |

Dated: May 29, 2015                                              Dated: May 29, 2015

    /s/David C. Parisi                                             /s/Charles R. Messer
David C. Parisi (California Bar No. 162248)    Charles R. Messer (California Bar No.
Parisi & Havens LLP                                          101094)
212 Marine Street, Suite 100                             David J. Kaminski (California Bar

2

Santa Monica, California 90405
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com

*Co-Lead Counsel for Plaintiffs*

Dated: May 29, 2015

     /s/J. Andrew Meyer
J. Andrew Meyer (Florida Bar No. 056766)
Morgan & Morgan, Complex Litigation Group
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505 (telephone)
(813) 222-4787 (facsimile)
ameyer@forthepeople.com

*Co-Lead Counsel for Plaintiffs*

No.128509)
Carlson & Messer LLP
5959 West Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 (telephone)
(310) 242-2222 (facsimile)
messerc@cmtlaw.com
kaminskd@cmtlaw.com

*Counsel for Collecto, Inc.*

## **CERTIFICATE OF SERVICE**

I, David C. Parisi, hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/David C. Parisi
David C. Parisi