**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re Collecto, Inc. Telephone Consumer Protection Act (TCPA) Litigation | Master No. 1:14-md-2513-RGS<br><br>This Document Relates To:<br>    All Member Actions |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs John Lofton, Robert Pegg, Ralph Davenport and Richard Davenport (collectively, "Plaintiffs") hereby move for preliminary approval of the class settlement with Defendant Collecto, Inc. ("Collecto") under Rule 23(c) and 23(b)(3) of the Federal Rules of Civil Procedure for entry of the submitted order which (1) appoints Plaintiffs as the representatives of the Class; (2) appoints Class Counsel; (3) preliminarily approves the attached Settlement Agreement as fair, reasonable, and adequate; (4) approves the Agreement's provisions for providing notice to the Class; (5) sets deadlines for Class Members to opt out and object, for Plaintiffs and their counsel to file their application for attorney's fees, costs, and service awards, and for the parties to file for final approval of the settlement; and (6) schedules a final approval hearing.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of the Motion, the authorities cited therein and the supporting declarations, the attached Agreement, the Notice (including Website Notice and Direct Notice), and the proposed Orders for Preliminary and Final Approval.  Further, this Motion is made on the grounds that the Agreement is the product of arm's-length, good-faith negotiations; is fair,

reasonable, and adequate to the Class, and should be preliminarily approved, as discussed in the

attached memorandum.

Dated: July 12, 2016          By:          /s/David C. Parisi
                                           David C. Parisi

                                           J. Andrew Meyer (Florida Bar No. 056766)
                                           Of Counsel,

                                           **Complex Litigation Group**
                                           **MORGAN AND MORGAN**
                                           One Tampa City Center
                                           201 North Franklin Street, 7th Floor
                                           Tampa, Florida 33602
                                           (813) 223-5505 (telephone)
                                           (813) 222-4787 (facsimile)
                                           ameyer@forthepeople.com

                                           David C. Parisi
                                           **PARISI & HAVENS LLP**
                                           212 Marine Street, Suite 100
                                           Santa Monica, California  90405
                                           (818) 990-1299 (telephone)
                                           (818) 501-7852 (facsimile)
                                           dcparisi@parisihavens.com

                                           *Co-Lead Counsel for the Class*